411 A.2d 1202

In re NOMINATION CERTIFICATE OF the REPUBLICAN PARTY OF the COMMONWEALTH OF PENNSYLVANIA FOR JAMES L. NELLIGAN as Republican Candidate for the Office of Representative in Congress for the 11th Congressional District.

Appeal of Robert P. HUDOCK.

Appeal of James L. NELLIGAN.

Supreme Court of Pennsylvania.

March 12, 1980.

Philip Hudock, Robert P. Hudock, Hazleton, for appellant.

Charles A. Shea, III, Wilkes-Barre, for James L. Nelligan.

Gaylen J. Byker, Philadelphia, for appellee.

OPINION OF THE COURT

PER CURIAM.

ORDER AFFIRMED.